UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RWJ BARNABAS HEALTH INC., <br><br> Plaintiff, <br><br> v. <br><br> NJMHMC, LLC D/B/A HUDSON REGIONAL HOSPITAL; 29 E 29TH STREET HOLDINGS, LLC; NJBMCH, INC.; BAYONNE MEDICAL CENTER OPCO, LLC; HUDSON REGIONAL MANAGEMENT, LLC; and HUDSON REGIONAL HOSPITALS, LLC, <br><br> Defendants. | **25-cv-17594-EP-CF** <br><br> *Electronically Filed via CM/ECF* |

**STIPULATION AND ORDER EXTENDING THE TIME
TO ANSWER OR RESPOND TO THE COMPLAINT**

**IT IS HEREBY** stipulated and agreed, by and between counsel for Defendants NJMHMC, LLC d/b/a Hudson Regional Hospital ("**NJMHMC**"); 29 E 29th Street Holdings, LLC ("**29 E. 29th Street**"); NJBMCH, Inc. ("**NJBMCH**"); Bayonne Medical Center OPCO, LLC ("**BMC OPCO**"); Hudson Regional Management, LLC ("**HRM**"); and Hudson Regional Hospitals, LLC ("**HRH LLC**") (collectively, the "**Defendants**") and counsel for Plaintiff RWJ Barnabas Health, Inc. ("**Barnabas**"), subject to approval by the Court, that the time for Defendants to Answer or otherwise respond to Barnabas's Complaint ("**Complaint**") be extended from **December 12, 2025** to **no later than thirty (30) days after Barnabas provides a copy of the Unredacted Complaint in this Action to Defendants via email to Defendants' counsel**.

Barnabas is seeking to obtain necessary authorization to provide Defendants with the Unredacted Complaint, which was provisionally filed under seal. Upon providing the Unredacted

1

Complaint to Defendants, the parties will provide notice to the Court, that same day, advising that the deadline for Defendants' to Answer or otherwise respond to Barnabas's Complaint has been set for thirty (30) days from that date.

The parties further agree that Barnabas's response to any motion Defendants may file in response to Barnabas's Complaint shall be due thirty (30) days after the filing of that motion.

Defendants' Reply in further support of any such motion shall be due fifteen (15) days from the filing of Barnabas's Opposition.

The parties will likewise advise the Court of these specific briefing deadlines in the aforementioned notice.

Dated: December 12, 2025

| | |
|---|---|
| */s/William T. Walsh, Jr.* | */s/ Grant Petrosyan* |
| *Attorneys for Plaintiff* | Steven I. Adler<br>Todd Nosher<br>Grant Petrosyan<br>**MANDELBAUM BARRETT PC**<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>sadler@mblawfirm.com<br>tnosher@mblawfirm.com<br>gpetrosyan@mblawfirm.com<br>Phone: 973-736-4600<br>Fax: 973-325-7467 |
| William T. Walsh, Jr.<br>David A. Munkittrick*<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>(212) 969-3000<br>wwalsh@proskauer.com<br>dmunkittrick@proskauer.com | |
| | *Counsel for Defendants* |
| Colin R. Kass*<br>Erica T. Jones*<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>(202)416-6800<br>ckass@proskauer.com  ejones@proskauer.com | |

*Attorneys for Plaintiff*
*RWJ Barnabas Health, Inc.*

\* Pro Hac Vice Forthcoming

## SO ORDERED on this 12th day of December 2025.

*s/ Cari Fais*
Hon. Cari Fais, U.S.M.J.